UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IZAZ KHAN    10-11-13

PLAINTIFF/PETITIONER,
LAPD v. CHEIF OF POLICE
LOS ANGELES POLICE DEPT, CHARLIE BECK'S FOR
5 ASSAULT'S DATE 10-14-11, 1-3-12, 1-4-12, 1-5-12
1-27-12 OLYMPIC STATION LAPD
7 COPS MARCLHEN, SUHIO, AKRange    DEFENDANT(S).
ASSAULT STOLE MY DOCUMENTS EVEDINCE, PROPHETY JACKET
12 ORIGINAL DESIGNE'S

CASE NUMBER
CV13-7537 FFM

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, IZAZ KHAN , declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No DISABEL, HANDYCAP

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. N/A

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 5-15-06 10 $ Per AN HOUR

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                              ☐Yes ☒No
   e. Any other income (other than listed above)?         ☐Yes ☒No
   f. Loans?                                              ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ASKING PEDISTRIAN FOR FOOD, WATER, CIGERAHE'S

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No

   If the answer is yes, describe the property and state its approximate value: MANUAL WHEELCHAIR NEED CAREgiver Assistance Recline Back No Head Rest use Blanket for Rest WHEELCHAIR CHASE # ZGS-13631

5. In what year did you last file an Income Tax return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CALIFORNIA
State

LOS-ANGELES
County (or City)

I, IZAZ KHAN, declare under penalty of perjury that the foregoing is true and correct.

10-11-13
Date

_____
Plaintiff/Petitioner (Signature)

☐ Francisco J. Carbon, M.D. A88920 BC8042892
☐ Philip J. Fagan, Jr., M.D. A32595, BF9803253 ☐ Nancy J. Kuhn, M.D. G58156, AK8388046
☐ George N. Falieras, M.D. A98124, BF9803253 ☐ Ronald E. Lieberman, M.D. A83884, BL8401527 ☐ Christopher L. Ng, M.D. G58520, BN6543032
☐ Brian W. Harris, M.D. G70720, BH2603834 ☐ La Toya E.N. Maynard, M.D. A92833, BM9470395 ☐ Daniel H. Oblitas, M.D. A43111, B00703733
☐ Robert F. Kerns, M.D. G38677, AK8587303 ☐ Siobhan D. Newman, M.D. A68673, BN4604523 ☐ Ryan O'Connor, M.D. A95130, BO9248851

Patient Name: Khan, Elvin

Serial # A39879

Rx 1  Vicodin Tabs Sig: i tab Q6h prn pain (No Sub) #15

Date 10/14/11

0753

Physician    Kuhn, Nancy J MD

**Patient Instructions Reviewed**

Chronic Pain

   received 10/14/11 - 1502

**Activity Restrictions or Additional Instructions**

Additonal Discharge Instructions:

   See your doctor or clinic in ___2___ day(s) for follow up care

   vicodin as prescribed for pain

**Follow-up**

KHAN, IZAZ ELVIN has been referred to the following clinics/specialists for follow up care:

   211 L.A. County
      Ph: (800)339-6993

**COUNTY OF LOS ANGELES**  **HARBOR UCLA MEDICAL CENTER**  **DEPARTMENT OF HEALTH SERVICES**

The following discharge information has been prepared to assist you in your follow up care. Please keep this sheet as it contains important information about your emergency room treatment. Bring this sheet with you to your outpatient appointment or if you need to return to the emergency room.

**Date of Admission** _1/3·12_

**Reason for Admission** _Evaluation_

**Physician(s) Seen** _Dr Strubin    Cristopher_

**Medication given in the Emergency Room:**    ☒ NONE    ☐ Listed below

**Medication prescribed:**    ☒ NONE    ☐ Listed below

**Recommended follow up care:**

_✓_    **The attached referral list identifies available resources in your community.** It is your responsibility to contact these agencies and arrange for services.

_____    **You have been referred for follow up care at the clinic(s) listed below:** Addresses and telephone numbers are attached.

It is your responsibility to call and make an appointment if a specific date and time has not already been given to you. We strongly recommend you make this appointment as soon as you leave the hospital. If you are referred to a Department of Mental Health clinic, you will receive a follow-up call. Please inform your physician, if you **do not** want to be contacted.

**If you have any questions or concerns regarding your medication or treatment before your follow up appointment, the Psychiatric Emergency Room number is (310) 222-3145.**

**Patient Signature:** _Pt refused to sign_    _121511_
**RN Signature:** _C Valquez, RN_

_CHISTOPHER_



WHITE - FILE IN MEDICAL RECORD
CANARY - PATIENT
PAGE 1 OF 1

**PSYCHIATRIC EMERGENCY ROOM**
**DISCHARGE INSTRUCTIONS**
M1036 (0-07)

## Trip Details

You are traveling on **Tuesday** and **Leaving** at **11:03AM** . Fare class: **Regular**. Max walk: **1/3** Mile. Mode: **ANY**.

**Tip: Click on a location to view on the map.**

### Starting at 1000 W CARSON ST
**Find Nearby... Pass/TAP Outlets | Park & Ride Lots**

---

Ride **Torrance 1** [HARBOR TRANSIT WAY] heading east
& VERMONT
From: CARSON ST/HARBOR UCLA MEDICAL CENTER Lv: **11:26AM**

To: ARTESIA TRANS CTR/BUS BAY 5 Ar: **11:34AM**

Pay $1.00 + $0.40 for Transfer., Monthly Pass/TAP: $65.00, (EZ Pass accepted)

Ride **Metro Local Line 52** [WILSHIRE/VERMONT STA] heading west

From: ARTESIA TRANS CTR/BUS BAY 3 Lv: **11:47AM**

To: VERMONT AV/WILSHIRE BLVD NE corner Ar: **01:18PM**

Use Transfer or Media , Monthly Pass/TAP: $75.00, (EZ Pass accepted)

---

### Ending at WILSHIRE/VERMONT AV
**Find Nearby... Pass/TAP Outlets | Park & Ride Lots**

### Additional Information

Total cash fare = **$1.40**

Trip time is about **1** hour and **52** minutes.

Trip distance is about **20.15** miles.

*****Driving cost:** is about **$10.90** *(based on **AAA** est. **54.1** cents/mile)*

### Adjust Schedules

| FIRST | PREV | RESET | NEXT | LAST |

| RETURN TRIP | BACK | START OVER |

Server:.23 - Database:TRANSIT - TempTable:TMP_1j57q9ja