UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAZ KHAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>LAPD CHIEF OF POLICE CHARLIE BECK, etc., et al.,<br><br>                    Defendants. | No. CV 13-7537 GW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge, except that it notes the word "Clark" on page 2, line 3 should be "Khan."

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: June 15, 2014

_____
GEORGE H. WU
United States District Judge