UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAZ KHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>LAPD CHIEF OF POLICE CHARLIE BECK, etc., et al.,<br><br>   Defendants. | No. CV 13-7537 GW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: June 15, 2014

*[signature]*

GEORGE H. WU
United States District Judge